UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Laquette Q. Gaddy**  Docket No. 5:19-CR-240-D

### Petition for Action on Supervised Release

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Laquette Q. Gaddy, who, upon an earlier plea of guilty to 18 U.S.C. § 371, Conspiracy, was sentenced by the Honorable Dana M. Sabraw, U.S. District Judge, on January 12, 2018, to the custody of the Bureau of Prisons for a term of 8 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Laquette Q. Gaddy was released from custody on October 1, 2018, at which time the term of supervised release commenced in the Eastern District of North Carolina. On May 16, 2019, the Court was notified that the defendant was in arrears by $835.00. The defendant was continued on supervision. Jurisdiction of the case was subsequently transferred to the Eastern District of North Carolina on June 3, 2019.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On October 7, 2020, the defendant submitted a urine sample that tested positive for marijuana. As a result, we are recommending that the defendant complete a substance abuse assessment and comply with recommended treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Lee Holmes<br>Lee Holmes<br>Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2568<br>Executed On: October 20, 2020 |

Laquette Q. Gaddy
Docket No. 5:19-CR-240-1
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __22__ day of __October__, 2020, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge